IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESPRIT HEALTH, LLC, | : |
| Plaintiff, | : |
| | : C.A. No. 1:13-CV-01385-RGA |
| v. | : |
| UNIVERSITY OF DELAWARE and STEVEN J. STANHOPE, | : |
| Defendants. | : |

## VERDICT FORM

Please answer the questions in the order they are numbered, starting with question 1, and follow the instructions appearing after your answer.

**Fraud Claim**

1. Did Esprit prove by a preponderance of the evidence its fraud claim against Defendant Dr. Stanhope?

    Yes _____

    No _____

2. Did Esprit prove by a preponderance of the evidence its fraud claim against Defendant University of Delaware?

    Yes _____

    No _____

If your answer to questions 1 or 2 is "yes," then answer question 3. If your answers to questions 1 and 2 are both "no," then go to question 4.

1

3. What is the amount of Esprit's damages on the fraud claim?

_____
(Amount in words)

_____
(Amount in numbers)

### Negligent Misrepresentation Claim

4. Did Esprit prove by a preponderance of the evidence its negligent misrepresentation claim against Defendant Dr. Stanhope?

    Yes  _____

    No  _____

5. Did Esprit prove by a preponderance of the evidence its negligent misrepresentation claim against Defendant University of Delaware?

    Yes  _____

    No  _____

If your answer to questions 4 or 5 is "yes," then go to question 6. If your answers to questions 4 and 5 are both "no," then proceed to question 7.

6. What is the amount of Esprit's damages on the negligent misrepresentation claim?

_____
(Amount in words)

_____
(Amount in numbers)

### Unjust Enrichment Claim

7. Did Esprit prove by a preponderance of the evidence its unjust enrichment claim against Defendant Dr. Stanhope?

    Yes  _____

    No  _____

8. Did Esprit prove by a preponderance of the evidence its unjust enrichment claim against Defendant University of Delaware?

Yes _____

No _____

If your answer to questions 7 or 8 is "yes," then answer question 9. If your answer to questions 7 and 8 are both "no," then go to question 10.

9. What is the amount of Esprit's damages on the unjust enrichment claim?

_____
(Amount in words)

_____
(Amount in numbers)

### Promissory Estoppel Claim

10. Did Esprit prove by clear and convincing evidence its Promissory Estoppel claim against Defendant Dr. Stanhope?

Yes _____

No _____

11. Did Esprit prove by clear and convincing evidence its Promissory Estoppel claim against Defendant University of Delaware?

Yes _____

No _____

If your answer to questions 10 or 11 is "yes," then go to question 12. If your answer to questions 10 and 11 are both "no," then proceed to question 13.

12. What is the amount of damages on the Promissory Estoppel claim?

_____
(Amount in words)

_____
(Amount in numbers)

### Punitive Damages

If your answers to either questions 1 or 2 is "yes," then proceed to question 13. If your answer to each of those questions is "no," then your deliberations are complete. You should tell the Court Security Officer you have a verdict.

13. If your answer to question 1 is "yes," has Esprit shown that punitive damages should be awarded against Defendant Dr. Stanhope with regard to Esprit's claim for fraud?

    Yes   _____

    No    _____

If your answer to question 13 is "yes," then proceed to question 14. If your answer to question 13 is "no," then proceed to question 15.

14. What amount of punitive damages should be awarded against Defendant Dr. Stanhope?

    _____
    (Amount in words)

    _____
    (Amount in numbers)

15. If your answer to question 2 is "yes," has Esprit shown that punitive damages should be awarded against Defendant University of Delaware with regard to Esprit's claim for fraud?

    Yes   _____

    No    _____

If your answer to question 15 is "yes," then proceed to question 16. If your answer to question 15 is "no," then your deliberations are complete, and you should tell the Court Security Officer you have a verdict.

16. What amount of punitive damages should be awarded against Defendant University of Delaware?

    _____
    (Amount in words)

    _____
    (Amount in numbers)

4

      Your deliberations are now complete. You should tell the Court Security Officer you have a verdict.

Dated:

_____  
Juror 1

_____  
Juror 2

_____  
Juror 3

_____  
Juror 4

_____  
Juror 5

_____  
Juror 6

_____  
Juror 7